IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAVIS CONISH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CV-804-B |
| | ) | ECF |
| NORTH TEXAS JOB CORPS, ET AL., | ) | |
|     Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __19th__ day of __August__, 2008.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE